No. 48. FEDERAL TRADE COMMISSION *v.* HAMMOND, SNYDER & COMPANY;

No. 49. FEDERAL TRADE COMMISSION *v.* BALTIMORE GRAIN COMPANY; and

No. 50. FEDERAL TRADE COMMISSION *v.* H. C. JONES COMPANY, INC. Error to the District Court of the United States for the District of Maryland. Argued March 12, 1925. Decided March 16, 1925. *Per Curiam.* Judgments affirmed upon the authority of *Federal Trade Commission* v. *American Tobacco Co.,* 264 U. S. 298. *Mr. James A. Fowler,* with whom *Solicitor General Beck* and *Wm. H. Fuller* were on the brief, for plaintiff in error. *Mr. R. E. Lee Marshall* for defendant in error.